USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 94-1465 WILLIAM V. FERGUSON, JR., Plaintiff, Appellant, v. PLUMBERS & PIPEFITTERS LOCAL UNION, ET AL., Defendants, Appellees. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ___________________ Before Selya, Circuit Judge, _____________ Campbell, Senior Circuit Judge, ____________________ and Boudin, Circuit Judge. _____________ ___________________ William V. Ferguson, Jr. on brief pro se. ________________________ __________________ __________________ Per Curiam. Pro se plaintiff William Ferguson appeals __________ ___ __ the dismissal of his third civil rights complaint against the present defendants. Having thoroughly reviewed the record and Ferguson's brief on appeal, we are persuaded that Ferguson's complaint was properly dismissed as frivolous within the meaning of 28 U.S.C. 1915(d). Accordingly, the judgment of the district court is affirmed. See Local Rule _________ ___ 27.1. -2-